UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JACK BREWER,<br><br>                              Defendant. | 20 Civ. 6175 (   ) |

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted to practice in this Court.

>Todd D. Brody
>Securities and Exchange Commission
>Brookfield Place, 200 Vesey Street, Suite 400
>New York, New York 10281
>Tel: (212) 336-0090
>brodyt@sec.gov

Dated: August 6, 2020
       New York, New York

>By:    /s/ Todd D. Brody
>Todd D. Brody
>Senior Trial Counsel
>SECURITIES AND EXCHANGE COMMISSION