AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-6175 |
| Jack Brewer | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                              .

Date:  08/06/2020

Lindsay S. Moilanen
*Attorney's signature*

Lindsay S. Moilanen (NY 4817292)
*Printed name and bar number*

U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

moilanenl@sec.gov
*E-mail address*

(212) 336-1021
*Telephone number*

(718) 501-8672
*FAX number*