ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,

vs.

JACK BREWER,

                       Defendant.
------------------------------------------------------------ X

1:20-civ-06175 (LLS)

**STIPULATION AND** ~~PROPOSED~~ **ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Securities and Exchange Commission and the undersigned co-counsel for Defendant Jack Brewer ("Defendant"), that in light of the Parties' continued progress in settlement negotiations, Defendant's time to answer, move or otherwise respond with respect to the Complaint shall be on or before March 11, 2021.

Dated: February 9, 2021

SECURITIES AND EXCHANGE
COMMISSION

_____
Todd D. Brody, Esq.
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
brodyt@sec.gov
Tel: (212) 336-0080

KASOWITZ BENSON TORRES LLP

_____
Albert Shemmy Mishaan, Esq.
1633 Broadway
New York, New York 10019
Tel: (212) 506-1936
amishaan@kasowitz.com
*Attorneys for Defendant Jack Brewer*

SICHENZIA ROSS FERENCE LLP

*/s/ Michael H. Ference*
_____
Michael H. Ference, Esq.
1185 Avenue of Americas, 37th Floor
New York, New York 10036
Tel: (212) 930-9700
mference@srf.law

*Attorneys for Defendant Jack Brewer*

**SO ORDERED:**

Dated: February 9, 2021

_____Louis L. Stanton_____
Hon. Louis L. Stanton