UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    vs.

JACK BREWER,

          Defendant.
-------------------------------------------------------- X

1:20-civ-06175 (LLS)

**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Marc E. Kasowitz and Albert Shemtov Mishaan of the law firm Kasowitz Benson Torres LLP will no longer represent and should be withdrawn as counsel of record for Defendant Jack Brewer ("Defendant") in the above-captioned case. In addition, Messrs. Kasowitz and Mishaan request that they be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

In support of such motion, and pursuant to Local Rule 1.4, the undersigned states the following:

1.     Defendant continues to be represented in this case by Michael Caruso of Michael V. Caruso, P.C.

2.     The withdrawal of Messrs. Kasowitz and Mishaan will not affect any deadlines or cause any delay in this matter.

3.     Withdrawing counsel are not retaining or charging a lien.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 21, 2021

                                              Respectfully submitted,

                                              */s/ Albert Shemtov Mishaan*
                                              Marc E. Kasowitz, Esq.
                                              Albert Shemtov Mishaan, Esq.
                                              KASOWITZ BENSON TORRES LLP
                                              1633 Broadway
                                              21st Floor
                                              New York, New York 10019
                                              Tel: (212) 506-1700
                                              mkasowitz@kasowitz.com
                                              amishaan@kasowitz.com