ORIGINAL

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

       vs.

JACK BREWER,

                      Defendant.
-------------------------------------------------------- X

1:20-civ-06175 (LLS)

**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

*Granted. Louis L. Stanton 4/22/21*

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael H. Ference, Esq. and Thomas P. McEvoy, Esq. of the law firm Sichenzia Ross Ference LLP will no longer represent and should be withdrawn as counsel of record for Defendant Jack Brewer ("Defendant") in the above-captioned case. In addition, Mr. Ference and Mr. McEvoy request that they be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

In support of such motion, and pursuant to Local Rule 1.4, the undersigned states the following:

1.      Defendant continues to be represented in this case by Michael Caruso of Michael V. Caruso, P.C.

2.      The withdrawal of Mr. Ference and Mr. McEvoy will not affect any deadlines or cause any delay in this matter.

3.      Withdrawing counsel are not retaining or charging a lien.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 21, 2021

Respectfully submitted,

/s/ Michael H. Ference
Michael H. Ference, Esq.
Thomas P. McEvoy
SICHENZIA ROSS FERENCE LLP
1185 Avenue of the Americas
31st Floor
New York, New York 10036
Tel: (212) 930-9700
mference@srf.law
tmcevoy@srf.law