

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

# MEMO ENDORSED

June 25, 2021

*Via ECF*

Hon. Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/29/21

Re: **SEC v. Brewer: 20-CV-6175 (LLS)**

Dear Judge Stanton:

Because of scheduling conflicts, Plaintiff Securities and Exchange Commission and Defendant Jack Brewer respectfully request that the initial conference, originally scheduled for July 16, 2021, at 2:30 p.m. (ECF Doc. No. 34), be moved to July 23, 2021, at 2:30 p.m. No prior requests to adjourn this conference have been made.

Respectfully submitted,

/s/ Todd D. Brody
Todd D. Brody

So Ordered
Louis L. Stanton
6/29/21

cc: Lee Hutton, Michael Caruso (via email)