UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                          **AFFIDAVIT OF COUNSEL IN**
                                                          **SUPPORT OF MOTION FOR**
    -against-                                     **ADMISSION PRO HAC VICE**

JACK BREWER,

                Defendant.

_____

STATE OF MINNESOTA )
                               ) ss.
COUNTY OF HENNEPIN )

1. My name is Lee A. Hutton, III I execute this affidavit in support of my Motion for Admission Pro Hac Vice.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. I know of no disciplinary proceedings presently against me.

5. Attached hereto as Exhibit A is a true and accurate copy of my latest certificate of good standing from the Supreme Court of Minnesota.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

June 2, 2021

THE HUTTON FIRM, PLLC

*/s/ Lee A. Hutton, III*
Lee A. Hutton, III (327992)
333 South Seventh Street
Suite 2450
Minneapolis, MN 55402
LHutton@HuttonMadgett.com
612-805-4619

Subscribed and sworn to before me on this ___9th___, day of ___June___, 2021.

_____

Notary Public, State of ___Minnesota___

My commission expires: ___Jan. 31, 2025___

Daphne April Jalteco
Notary Public
Minnesota
My Commission Expires January 31, 2025