**MICHAEL V. CARUSO, P.C.**
ATTORNEY AND COUNSELLOR AT LAW

3871 Danbury Road
Brewster, New York 10509
mvcarusolaw@gmail.com
Tel: (845) 207-5452
Fax: (845) 251-0002

July 21, 2021

<u>By ECF</u>
The Honorable Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *SEC v. Brewer*
            Docket No. 20-cv-06175-LLS

Dear Judge Stanton:

    My firm represents defendant Jack Brewer. Lee A. Hutton, III has applied for admission *pro hac vice* as lead defense counsel. He is fully familiar with the case, he has a longstanding relationship with Mr. Brewer, and has been in regular contact with SEC counsel of record.

    A preliminary conference is scheduled for Friday, July 23, 2021 before Your Honor. Currently, I am attending to an emerging family issue making it challenging to appear in-person this Friday. Mr. Hutton is travelling from Minnesota to attend this conference in person with Mr. Brewer. With the Court's permission and Mr. Hutton's admission pending, I respectfully request that my personal appearance be waived. I can be available telephonically if the Court so requires. I thank the Court in advance for its consideration.

                                    Respectfully submitted,

                                    By:   /s/ *Michael V. Caruso*

cc:    Lee A. Hutton, III (via email)
        Todd D. Brody (via ECF)
        Preethi Krishnamurthy (via ECF)
        Bennett Ellenbogen (via ECF)
        Lindsay S. Moilanen, (via ECF)