

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 10, 2022

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

          Re:      **SEC v. Brewer, 20-CV-6175 (PGG) (S.D.N.Y.)**

Dear Judge Gardephe:

     Pursuant to the Court's Individual Rule of Practice ("Rule") I.E, Plaintiff Securities and Exchange Commission ("Commission") respectfully requests to adjourn the conference scheduled before Your Honor on June 16, 2022 to June 23, 2022.  Principal trial counsel for the Commission is unavailable on June 16, 2022, as he is out of the country.  We understand his presence is required under Rule VII.A.  Defendant and his counsel consent to this brief adjournment and are available on the requested date.

     In addition, Defendant's counsel requests that they be permitted to appear telephonically.  The Commission consents to this request.

                                                                Respectfully submitted,

                                                                /s/ Lindsay Moilanen
                                                                Lindsay Moilanen
                                                                Senior Counsel
                                                                Securities and Exchange Commission

**Memo Endorsed:**  The status conference currently scheduled for June 16, 2022 is adjourned to **June 30, 2022 at 11:30 a.m. via telephone**.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

SO ORDERED.

*Paul S. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge
Dated: June 14, 2022