

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Division of Enforcement

December 7, 2022

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

           Re:     <u>SEC v. Brewer, 20-CV-6175 (PGG) (S.D.N.Y.)</u>

Dear Judge Gardephe:

       Pursuant to the Court's Individual Rule of Practice ("Rule") I.D, Plaintiff Securities and Exchange Commission ("Commission") respectfully requests to extend the briefing schedule for the Commission's Motion for Summary Judgment by approximately 30 days in order to account for vacation schedules surrounding the holidays and obligations in other cases. As such, the Commission proposes the following schedule:

       Motion due on or by January 31, 2023;
       Defendant's Opposition Brief due on or by March 2, 2023; and
       Commission's Reply Brief due on or by March 20, 2023.

       The Commission has conferred with counsel for Brewer, who consents to the proposed briefing schedule. This is the Commission's first request for an extension of this briefing deadline.

                                                        Respectfully submitted,

                                                        /s/ Todd D. Brody
                                                        Todd D. Brody
                                                        Senior Trial Counsel
                                                        Securities and Exchange Commission

CC: Lee Hutton III, Esq. (via email and ECF)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Date: December 13, 2022