UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>JACK BREWER,<br><br>　　　　　　　　　　Defendant. | 20 Civ. 06175 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　Before the Court is the motion for partial summary judgment (ECF No. 74) filed by Plaintiff Securities and Exchange Commission (the "SEC"). For reasons that will follow, the SEC's motion is granted.

　　The Clerk of Court is directed to terminate the motion pending at ECF No. 74.

　　SO ORDERED.

Dated: March 31, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge